# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| TIMOTHY MORANCY, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL No. 2:19-CV-578-DBH |
| | ) | |
| TRACTOR SUPPLY COMPANY, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant's motion for summary judgment is **DENIED**. A careful examination of the record and the briefs reveals that there are genuine disputes as to material facts including whether the defendant knew of the plaintiff's disability and whether its management terminated the plaintiff's employment on account of age and/or disability. A factfinder will have to make those determinations.

SO ORDERED.

DATED THIS 21ST DAY OF JUNE, 2021

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**